PHILIP EBLING et al., Respondents, *v.* PAUL BAUER, Appellant.

(Argued October 22, 1885 ; decided November 24, 1885.)

*Edward Fitch* for appellant.

*Edward Salomon* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———

JAMES V. HAVILAND et al., Appellants, *v.* WILLIAM H. SCHMOHL, Impleaded, etc., Respondent.

(Argued October 22, 1885 ; decided November 24, 1885.)

*G. A. Seixas* for appellants.

*Philip L. Wilson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———

MARY GARVEY, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted October 22, 1885 ; decided November 24, 1885.)

*Edward C. Hawks* for appellant.

*Lewis, Moot & Lewis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.